# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2598
LT Case Nos. 2019-CF-1838
2019-CF-1839
2020-CF-0459

_____

BUSTER PETAWAY,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.850 appeal from the Circuit Court for Hernando County.
Daniel B. Merritt, Jr., Judge.

Buster Petaway, Miami, pro se.

No Appearance for Appellee.

March 5, 2024

PER CURIAM.

   AFFIRMED.

EDWARDS, C.J., and MAKAR and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____